UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESUS TOSCANO,

        Plaintiff,        Case no. 08-15140
                                        Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

**ORDER ADOPTING MAGISTRATE JUDGE**
**REPORT AND RECOMMENDATION**

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Virginia Morgan's November 19, 2009 Report and Recommendation, as well as any objections filed by the parties, and upon review;

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED** as the findings and conclusions of this Court.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date: December 30, 2009

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 30, 2009, by electronic and/or ordinary mail.

                                               s/William Barkholz

                                               Case Manager